**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-6187**

———————————

UNITED STATES OF AMERICA,

                      Plaintiff - Appellee,

    versus

GERALD DAVID DAVAGE,

                      Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, Chief District Judge. (CR-94-41)

———————————

Submitted:  July 10, 1997         Decided:  July 23, 1997

———————————

Before RUSSELL, HALL, and MURNAGHAN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Gerald David Davage, Appellant Pro Se.  Lynne A. Battaglia, United States Attorney, Baltimore, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gerald David Davage appeals the district court's order denying his motion for provision of a transcript. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Davage, No. CR-94-41 (D. Md. Nov. 4 & Dec. 24, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED